NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| HANZEL BEITA BEITA, | : | |
| | : | Civil Action No. 17-3961 (JMV) |
| Petitioner, | : | |
| | : | |
| v. | : | **OPINION** |
| | : | |
| CHARLES GREEN, | : | |
| | : | |
| Respondent. | : | |

APPEARANCES:

HANZEL BEITA BEITA
Essex County Correctional Center
354 Doremus Avenue
Newark, NJ 07105
      Petitioner, *pro se*

BRYAN LONEGAN
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
      On behalf of Respondent

**VAZQUEZ**, United States District Judge

      On May 31, 2017, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), challenging his prolonged detention since October 12, 2016, by U.S. Immigration and Customs Enforcement ("ICE"). (ECF No. 1 at 2.) This Court ordered Respondent to answer the petition. (ECF No. 2.) On July 18, 2017, Respondent submitted the Declaration of Deportation Officer Gerardo Ore, indicating that ICE removed Petitioner to Costa Rica on June 26, 2017. (ECF No. 4-1, ¶5.) Respondent contends the habeas petition is moot.

(ECF No. 4.)

A habeas petition "generally becomes moot when [a petitioner] is released from custody" because there is no longer "an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Vasquez v. Aviles*, 639 F. App'x 898, 902 (3d Cir. 2016) (quoting *DeFoy v. McCullough*, 393 F.3d 439, 442 (3d Cir. 2005)). The present petition no longer presents a case or controversy under Article III, § 2 of the United States Constitution because Petitioner is no longer detained by ICE. *See id.* (finding petition moot where there were no collateral consequences that could be addressed by success on the petition after removal) (citing *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007)). Therefore, the petition is dismissed as moot.

An appropriate Order follows.

Date: July 20, 2017
At Newark, New Jersey

                                                s/ John Michael Vazquez
                                                JOHN MICHAEL VAZQUEZ
                                                United States District Judge